**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**June 15, 2006**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

TONY D. MCKNIGHT,

      Plaintiff-Appellant,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security
Administration,

      Defendant-Appellee.

No. 05-5082
(D.C. No. 00-CV-619-SAJ)
(N.D. Okla.)

---

**ORDER AND JUDGMENT**[*]

---

Before **LUCERO**, **EBEL**, and **MURPHY**, Circuit Judges.

---

Tony D. McKnight appeals the district court's denial of an award of

attorney fees under 42 U.S.C. § 406(b)(1). In *McGraw v. Barnhart*, __ F.3d __,

No. 05-5079 (10th Cir. June 13, 2006), this court held that § 406(b)(1) allows an

award of fees when the district court has remanded a Title II Social Security case

---

[*]    After examining the briefs and appellate record, this panel has determined unanimously to grant the parties' request for a decision on the briefs without oral argument. *See* Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

for further proceedings.  Thus, the judgment of the district court is REVERSED

and REMANDED for further proceedings in light of *McGraw*.  Appellant's

motion to file an addendum of recent citations is GRANTED and the Clerk is

directed to accept the addendum for filing as of the date of original receipt.

Entered for the Court


David M. Ebel
Circuit Judge